UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA DAVIDSON,

    Plaintiff,                                                        CASE NO. 23-CC-041282

v.

UNUM LIFE INSURANCE
COMPANY,

    Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum Life"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes this State court action to the U.S. District Court for the Middle District of Florida, Tampa Division.

1. On March 21, 2023, Plaintiff filed suit against Unum Life in a civil action styled *Patricia Davidson v. Unum Life Insurance Company*, which action was filed in the County Court of the Second Judicial District in and for Hillsborough County, Florida, bearing Case No. 23-CC-041282.

2. On March 23, 2023, Unum Life, through its undersigned counsel, signed and returned a waiver of service of process form received on March 21, 2023. True and correct copies of the Complaint and exhibits are attached to this notice as **Removal Exhibit 1**. A true and correct copy of the executed Waiver of Service of Process is

attached as **Removal Exhibit 2**. The attached exhibits comprise all process and pleadings provided to Unum Life in this action. A true and correct copy of the state court docket sheet is attached as **Removal Exhibit 3**.

3. Pursuant to Fed. R. Civ. P. 6(a) and 28 U.S.C. § 1446(b), this removal is timely made within one year of the commencement of suit and within 30 days of service of process of the initial pleadings on which the aforesaid action is based.

4. Removal is proper under 28 U.S.C. § 1332 because the matter in controversy is between citizens of different states and the amount in controversy exceeds $75,000.

### Diversity Jurisdiction 28 U.S.C. § 1332

5. The citizenship of the parties is diverse. The Complaint alleges that at all material times Davidson resided in Hillsborough County, Florida. *Compl.* at ¶ 4. Upon information and belief, Davidson is a citizen of the State of Florida who resides in Tampa, Florida. *Compl. at Plaintiff's Ex. C*.

6. Unum Life is a citizen of the State of Maine. It was incorporated in the State of Maine and established its principal place of business and executive offices in Portland, Maine. Portland, Maine is where the majority of Unum Life's employees are employed. 28 U.S.C. § 1332(c)(1) (regarding citizenship of corporations).

7. Plaintiff alleges she suffers from several comorbidities and was involved in an auto accident in 2020 resulting in ongoing significant medical issues. Plaintiff alleges she submitted a claim for home care benefits under long-term care policy

number LAC644978 (the "LTC Policy") in "early 2022," which claim was denied on or about April 20, 2022. *Compl. at* ¶¶ *4, 7, 11–14; Plaintiff's Ex. C.*

8. The LTC Policy provides that a covered loss must exist for 90 days (known as the "Elimination Period") during which no benefit is payable. Plaintiff sues to recover monthly home care benefits under the LTC Policy, claiming the need for assistance with activities of daily living began on or about January 7, 2022. *Id. at* ¶ *9, 13; Plaintiff's Ex. B.*

9. Plaintiff appealed the benefits decision in December 2022 after the claim was denied. Unum Life subsequently upheld its adverse decision on or about January 23, 2023. *Id. at* ¶ *15*.

10. The base monthly home care benefit provided by the LTC Policy was $3,600. That base home care benefit increases each policy anniversary by 4% compounded. Effective January 2022, the home care benefit amount payable under the LTC Policy had increased to approximately $10,135.45 per month.

11. As of April 14, 2023, there are 12 months in accrued back benefits in controversy following the 90-day Elimination Period. The value of the controverted back benefits is approximately $122,841.

12. Because Plaintiff is a citizen of the State of Florida, and Unum Life is a citizen of the State of Maine, complete diversity of citizenship exists within the meaning of 28 U.S.C. § 1332. The amount in controversy exceeds $75,000. Accordingly, 28 U.S.C. § 1332 confers original jurisdiction and this civil action is

removable to the U.S. District Court for the Middle District of Florida under 28 U.S.C. § 1441(a).

13. Unum Life has served Plaintiff with written notice of this removal and has filed a copy of this notice with the Clerk of the County Court of the Second Judicial District in and for Hillsborough County, Florida.

WHEREFORE, Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA respectfully requests that this civil action be entered upon the docket of the United States District Court for the Middle District of Florida, Tampa Division.

Respectfully submitted,

*/s/ Wm. Jere Tolton, III*
WM. JERE TOLTON, III, ESQ.
Florida Bar Number: 887943
Primary: jtolton@kilmerlaw.com
Secondary: llhommedieu@kilmerlaw.com
KILMER, VOORHEES & LAURICK, PC
2701 NW Vaughn Street, Suite 780
Portland, OR 97210
(503) 224-0055 Telephone
(503) 222-5290 Facsimile

Attorneys for Defendant
Unum Life Insurance Company of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to Kevin M. Dunn, Esq., Steven M. Dunn, P.A., 11900 Biscayne Blvd, Suite 600, Miami, FL 33181, kevin@smdunnlaw.com.

                                         */s/ Wm. Jere Tolton, III*
WM. JERE TOLTON, III, ESQ.
Florida Bar Number: 887943
Primary: jtolton@kilmerlaw.com
Secondary: llhommedieu@kilmerlaw.com
KILMER, VOORHEES & LAURICK, PC
2701 NW Vaughn Street, Suite 780
Portland, OR 97210
(503) 224-0055 Telephone
(503) 222-5290 Facsimile

Attorneys for Defendant
Unum Life Insurance Company of America

M:\10126\0154\Pleadings\Notice of Removal 2023-0417.docx